

# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2019

No. 04-19-00022-CV

**IN RE** Cynthia Cadwallader **OCHSE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

On January 11, 2019, relator filed a petition for writ of mandamus. On April 17, 2019, this court issued an order allowing the respondent and real parties in interest to file a response to the petition no later than April 29, 2019. We also ordered relator to file the documents listed in the privilege log on a thumb drive or in another suitable electronic format no later than April 29, 2019.

Both real parties in interest requested an extension of time in which to file responses. They also requested a similar extension on behalf of the respondent. We GRANT the motions. The responses from the real parties in interest and the respondent are due **no later than May 13, 2019**.

Relator's deadline to file the documents listed in the privilege log on a thumb drive or in another suitable electronic format remains April 29, 2019.

It is so **ORDERED** on April 25, 2019.

PER CURIAM

ATTESTED TO: _____
                         Keith E. Hottle,
                         Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-05727, styled *William W. Ochse, IV, et al. v. William W. Ochse, III, Individually and as Trustee of the William W. Ochse, III Family 2008 Trust*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.